# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JANICE PARKER, | ) | CASE NO. 4:20-CV-1240 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | JONATHAN D. GREENBERG |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | **JUDGMENT ENTRY** |

Consistent with the Memorandum Opinion and Order of this Court also filed on May 24, 2021, the Commissioner's final decision is Vacated and Remanded for further consideration consistent with this opinion.

On remand, the ALJ must locate and consider the orthopedic treatment records and MRI cited by State Agency reviewing physician Dr. Mitgang as the basis for his lower-body postural limitations; and more fully explain both his weighing of the State Agency reviewing physicians' opinions, and his analysis of the evidence that medical limitations influenced Parker's voluntary retirement.

**IT IS SO ORDERED**.

s/ *Jonathan D. Greenberg*
U.S. Magistrate Judge

Date:  May 24, 2021